PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Kenneth Rushworth      Cr.: 20-00720-001
                                                                                                             PACTS #: 6536101

Name of Sentencing Judicial Officer:     THE HONORABLE RENÈE MARIE BUMB
                                                        CHIEF UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 08/24/2021

Original Offense:     Count One: Distribute and Possess with Intent to Distribute Oxycodone, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C); a Class C Felony

Original Sentence: 12 months imprisonment, 3 years supervised release

Special Conditions: $100 Special Assessment, $5,500 Fine, Substance Abuse Testing, Drug Treatment, Community Service - 300, Search/Seizure, Financial Disclosure, No New Debt/Credit

Type of Supervision: Supervised Release                      Date Supervision Commenced: 09/16/2022

## STATUS UPDATE

On July 24, 204, Mr. Rushworth passed away. Mr. Rushworth's death was confirmed by the U.S. Probation Office via a Certificate of Death from the New Jersey Department of Health. Mr. Rushworth has an outstanding fine balance of $3,075 and his original term of supervised release was scheduled to expire naturally on September 15, 2025. The undersigned has notified the United States Attorney's Office in the District of New Jersey of Mr. Rushworth's passing with an outstanding fine balance. As such, the U.S. Probation Office is respectfully requesting the term of supervision be terminated with an outstanding balance and Mr. Rushworth's case be closed.

                                                                                  Respectfully submitted,

                                                                                  SUSAN M. SMALLEY, Chief
                                                                                  U.S. Probation Officer

                                                                      By:    JAVIER MARRERO
                                                                             U.S. Probation Officer

/ jm

APPROVED:

_____     9/18/24
ANTHONY M. STEVENS                  Date
Supervising U.S. Probation Officer

Prob 12A – page 2
Kenneth Rushworth

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ Supervised Release Terminated with an Outstanding Fine Balance (as recommended by the Probation Office)

☐ Other

_____
Signature of Judicial Officer

9/18/24
_____
Date